## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In Re: | ) |
| NATHAN E. STRONG JR. | ) Chapter 13 |
|  | ) |
|  | ) Case No.: 12-05805 |
| Debtor. | ) |

|  |  |
|---|---|
| NATHAN E. STRONG, JR., | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Adv no. 12-00398 |
|  | ) |
| WELLS FARGO HOME MORTGAGE | ) |
|  | ) |
| Defendant. | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. This Court has jurisdiction over this matter. The Plaintiff, NATHAN E. STRONG, JR., commenced this case with the filing of his Petition for relief under Chapter 13 of Title 11 of the United States Code in the United States Bankruptcy Court, Northern District of Illinois-Eastern Division, on February 17, 2012 under case number 12-05805.

2. This is a core proceeding under Section 157(b)(2)(A), (I), (K), and (O) of Title 28 of the United States Code, and venue is proper by virtue of 28 U.S.C. 1409(a).

3. All schedules and statements have been filed.

4. The Plaintiff is an individual owning the investment property at 14945 Washington Ave. Harvey, IL 60426, ("Property").

5. The Defendant, WELLS FARGO HOME MORTGAGE, is a lender and servicer of mortgages.

6. The fair market value of the Property at the time of filing of case number 12-05805 was $25,000. (See attached Appraisal).

7. Defendant holds a mortgage against the Property in the amount of $81,930.

8.  Plaintiff seeks to determine the nature and extent of the mortgage lien of the Defendant and strip down the unsecured portion of that mortgage.

9.  Defendant's mortgage would be an allowed secured claim to the extent of the value of the estate's interest in the property securing the claim under 11 USC § 506(a). Defendant's mortgage would be an unsecured claim to the extent that the value of such creditor's interest is less than the amount of such allowed claim. *Id.*

10. Under § 506(a), the lender is secured only up to the value of the property at the time of filing. Any remaining portion of the creditor's claim is unsecured. *In Re Dinsmore,* 141 B.R. 499, 506 (Bkrtcy.W.D.Mich, 1992) citing *United Sav. Ass'n of Texas v. Timbers of Inwood Forest Associates, Ltd.,* 108 S.Ct. 626, 630-31

11. The amount of the mortgage is $81,930 which exceeds the value of the Property by $56,930.

WHEREFORE, Plaintiff, NATHAN E. STRONG, JR., request that this Court enter an order:

A.  Declaring WELLS FARGO HOME MORTGAGE's lien is secured in the amount of $25,000.

B.  Declaring CITIMORTGAGES's lien is unsecured in the amount of $56,930.

C.  Requiring Defendant to release its lien on Plaintiffs residence within 28 days of the order for discharge.

D.  For any other relief that this Court deems just and proper.

_____
Judge Schmetterer

Date: 5/31/12

MAY 31 2012

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300